# Kerstin Walker Sutton
PLLC

February 8, 2023

John S. Brubaker
Clerk of Court
U.S. District Court for the
Middle District North Carolina
324 W. Market St. #400
Greensboro, NC 27401

Re: *Oldham v. University of North Carolina, et al.,* Case No. 1:22-cv-513-TDS-JEP

Dear Mr. Brubaker:

    Pursuant to Local Rule 7.3(i), Plaintiff Jennifer Oldham submits this addendum to her Response Briefs to suggest two subsequent pertinent and significant authorities.

1. *Conviser v. DePaul University*, No. 20-CV-03094, 2023 WL 130483 (N.D. Ill. Jan. 9, 2023), and
2. *Snyder-Hill v. Ohio State Univ.,* 48 F.4th 686 (6th Cir. 2022).

                              Respectfully submitted,

                              Kerstin Walker Sutton PLLC

                              /s/ *Kerstin Walker Sutton*
                              Kerstin Walker Sutton
                              3215 Deerchase Wynd
                              Durham, NC 27712-3020
                              kws@kwsutton.com
                              (919) 698-9555

                              *Counsel for Plaintiff*

cc:    All counsel of Record

www.kwsutton.com
Durham, NC
Main (919) 617-0009