IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JENNIFER OLDHAM, : | |
|     Plaintiff : | |
| : | 1:22-cv-513-TDS-JEP |
| v. : | |
| : | |
| UNIVERSITY OF NORTH CAROLINA; : | |
| LAWRENCE R. CUNNINGHAM, Individually; : | |
| LORENZO GALLO, JR., Individually: : | |
| RONALD MILLER, Individually; : | |
|     Defendants. : | |

NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Oldham, by and through her attorney, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, only as against:

1. Defendant University of North Carolina, on the counts of Violations of Title IX Retaliation and Failure to Report; and

2. Defendants Lawrence R. Cunningham, Individually; Lorenzo Gallo, Jr., Individually; and Ronald Miller, Individually, on the counts of Negligent Infliction of Emotional Distress, Negligence, and Gross Negligence.

This is the 31st day of July, 2023.

Respectfully submitted,

K<small>ERSTIN</small> W<small>ALKER</small> S<small>UTTON</small> PLLC

*/s/ Kerstin W Sutton*
Kerstin W. Sutton
Counsel for the Plaintiff

3215 Deerchase Wynd
Durham, NC 27712-3020
(919) 698-9555
kws@kwsutton.com
NC 30008

## CERTIFICATE OF SERVICE

I certify that on July 31, 2023, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served upon all Counsel of Record via the Court's ECM/CF System.

KERSTIN WALKER SUTTON PLLC

*/s/ Kerstin W Sutton*
Kerstin W. Sutton
Counsel for the Plaintiff