IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| JENNIFER OLDHAM, : | |
|     Plaintiff : | |
| : | 1:22-cv-513-TDS-JEP |
| v. : | |
| : | |
| UNIVERSITY OF NORTH CAROLINA; : | |
| LAWRENCE R. CUNNINGHAM, Individually; : | |
| LORENZO GALLO, JR., Individually: : | |
| RONALD MILLER, Individually; : | |
|     Defendants. : | |

NOTICE OF
WITHDRAWAL OF PLEADING
(FIRST AMENDED COMPLAINT)

Plaintiff Jennifer Oldham, by and through undersigned counsel, respectfully withdraws her First Amended Complaint (D.E. 42), filed on June 26, 2023.

This is the 31st day of July, 2023.

                Respectfully submitted,

                KERSTIN WALKER SUTTON PLLC

                */s/ Kerstin W Sutton*
                Kerstin W. Sutton
                Counsel for the Plaintiff

                3215 Deerchase Wynd
                Durham, NC 27712-3020
                (919) 698-9555
                kws@kwsutton.com
                NC 30008

## CERTIFICATE OF SERVICE

I certify that on July 31, 2023, I caused a true and correct copy of the foregoing Notice of Withdrawal of Pleading to be served upon all Counsel of Record via the Court's ECF System.

<u>/s/ *Kerstin W Sutton*</u>
Kerstin W. Sutton, Esq.
Counsel for the Plaintiff

2

Case 1:22-cv-00513-TDS-JEP   Document 46   Filed 07/31/23   Page 2 of 2