IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JENNIFER OLDHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:22cv513 |
| | ) |
| UNIVERSITY OF NORTH CAROLINA; | ) |
| LAWRENCE R. CUNNINGHAM, | ) |
| Individually and as Agent for | ) |
| UNC; LORENZO GALLOS, JR., | ) |
| Individually and as Agent for | ) |
| UNC; RONALD MILLER, | ) |
| Individually and as Agent for | ) |
| UNC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, as well as this court's prior Memorandum Opinion and Order filed on June 13, 2023 (Doc. 41), and Plaintiff's notice of voluntary dismissal filed July 31, 2023 (Doc. 45),

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

As to Defendant University of North Carolina ("UNC"), Plaintiff Jennifer Oldham's Title IX (Count I of the complaint (Doc. 1)) is DISMISSED WITH PREJUDICE, except as to Oldham's claims that UNC failed to report Webb internally to its EOC office and, within three years of the filing of the complaint, UNC engaged in ongoing retaliation to blackball her from further employment based on perceptions of her as a sexual assault victim, a UNC

whistleblower, and a threat to the UNC fencing coaching staff's male status quo, which have been dismissed without prejudice by Oldham (Doc. 45);

As to Defendant UNC, Oldham's Title VII claim (Count II of the complaint (Doc. 1)) is DISMISSED WITH PREJUDICE;

As to Defendant UNC, Oldham's state law claims (Counts III through VII of the complaint) are DISMISSED WITH PREJUDICE;

As to Oldham's claims against Defendants Lawrence R. Cunningham, Lorenzo Gallo, Jr., and Ronald Miller, Oldham's Title VII and Title IX claims (Counts I and II of the complaint) and claim for negligent supervision (Count VI of the complaint) are DISMISSED WITH PREJUDICE;

As to Oldham's claims against Defendants Lawrence R. Cunningham, Lorenzo Gallo, Jr., and Ronald Miller, Oldham's claim of invasion of privacy and civil conspiracy (Count III of the complaint) is DISMISSED WITH PREJUDICE;

As to Oldham's claims against Defendants Lawrence R. Cunningham, Lorenzo Gallo, Jr., and Ronald Miller, Oldham's claim for defamation per se and civil conspiracy (Count IV of the complaint) is DISMISSED WITH PREJUDICE.

This final judgment resolves all claims against the Defendants that have not otherwise been withdrawn by Oldham.

August 9, 2023
/s/   Thomas D. Schroeder
United States District Judge